ZITA PLAUT, Appellant, v. MARTIN FRIEDLANDER et al., Respondents.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of DOROTHY DOBBINS, Appellant, v. JOHN S. BURKE, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARY SCHWARTZ, Appellant, v. ROYAL NOVELTY CHILDREN'S DRESSES CORPORATION et al., Respondents.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DANIEL DEGORTER et al., Assignees of BANQUE NATIONALE DE BELGIQUE, Respondents, v. BANQUE DE FRANCE, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PETER BYRNE et al., Respondents, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM PLETMAN v. MYRON GOLDSOLL et al., Impleaded with Others.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH D. SYLVESTER v. R. H. MACY & Co., INC., Impleaded with Others.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

PROMPT TRADING CORPORATION v. WEISSMAN & RAYMOND, INC., et al.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SQUARE COAL CORPORATION V. SARAH INSEL et al.— Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

BETTY BERGUI v. GERRY FINANCE CORPORATION.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

IDA HOFSTEIN v. BRONX WATER WORKS, INC., and CITY OF NEW YORK.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NEW YORK TRAP ROCK CORPORATION et al. and BINGHAMTON METAL FORMS, INC. v. NATIONAL BANK OF FAR ROCKAWAY.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.